UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALGIERS DEVELOPMENT DISTRICT** | * | |
| | * | **CIVIL ACTION NO.** |
| **Versus** | * | |
| | * | **JUDGE:** |
| **VISTA LOUISIANA, LLC,** | * | |
| **VISTA TRUST AND DEVERE** | * | **MAGISTRATE:** |
| **CONSTRUCTION COMPANY, INC.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF REMOVAL

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

**NOW COMES**, through undersigned counsel, Vista Louisiana, LLC, Vista Trust and DeVere Construction Company, Inc. (collectively "Vista"), who respectfully jointly remove this matter from the Civil District Court for the Parish of Orleans, State of Louisiana, pursuant to the Federal Rules of Civil Procedure, 28 U.S.C. §1441 and §1443, and other applicable laws of the United States on the following basis:

1.

Vista Louisiana, LLC, Vista Trust and DeVere Construction Company, Inc. are named defendants in a suit filed in Civil District Court for the Parish of Orleans, State of Louisiana, entitled "*Algiers Development District v. Vista Louisiana, LLC*," bearing Civil Action No. 2016-10280.  Plaintiff, Algiers Development District ("ADD"), is seeking a declaration that Vista breached certain contracts between Vista and ADD; and, thus, the contracts should be terminated. A copy of the referenced Petition is attached hereto as **Exhibit "A"**.

1

2.

Vista, as the developer group, and ADD, as the owner, entered into a Master Development Agreement dated as of March 2, 2015, wherein Vista was engaged to develop the 120 acres of land on the West Bank of the City of New Orleans, Louisiana, comprising the former Naval Support Activity Property, into a mixed use project to be known as New Orleans Riverside at Historic Algiers.[1]

3.

To further implement the Master Development Agreement, Vista and ADD entered into the First Supplemental Development Agreement and Purchase and Sale Agreement as of January 1, 2016.

4.

Vista endeavored to develop the Project, and submitted its Development Business Plan[2] to ADD on June 30, 2016. ADD did not respond to said Development Business Plan. Accordingly, said Development Business Plan was deemed approved pursuant to Section 9.8 of the Purchase and Sale Agreement.

5.

Even after the Development Business Plan was deemed approved, ADD took efforts to cancel the Master Development Agreement, First Supplemental Development Agreement and

---

[1] The project, now called the New Orleans Riverside at Historic Algiers, was previously called Federal City.

[2] "Development Business Plan" is defined in the First Supplemental Development Agreement as "individually and collectively, the Project Business Plan for the Development Project submitted to Owner by Developer Group prior to the Effective Date and which shall confirm to the requirements of the Master Agreement, each of which is incorporated by reference into this First Supplemental Agreement and made a part hereof."

Purchase and Sale Agreement.   At the same time, Vista pressed ADD to fulfill its obligations and close the acquisition.

6.

ADD also breached numerous provisions of the Master Development Agreement, First Supplemental Development Agreement and Purchase and Sale Agreement, all of which will be set forth in Vista's responsive pleadings.

7.

Diversity jurisdiction requires that the amount in controversy exceed $75,000 and that complete diversity exists, mandating that all persons on one side of the controversy be citizens of different states than all persons on the other side.  28 U.S.C. §1332.  Diversity jurisdiction exists over this matter pursuant to 28 U.S.C. §1332.  Therefore, this matter is removable pursuant to U.S.C. §1441(a).

8.

Vista Louisiana, LLC is a Louisiana LLC; however, the citizenship of an LLC is determined by the citizenship of each of its members, rather than the state where it has its principal place of business or the state under whose laws it is organized.  *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008).

9.

Vista Navy, LLC is Vista Louisiana, LLC's only member.  Vista Trust is the only member of Vista Navy, LLC.   Therefore, the citizenship of Vista Trust is determinative of the citizenship of Vista Louisiana, LLC for diversity purposes, i.e., Vista Trust and Vista Louisiana, LLC share the same citizenship under the diversity inquiry.

10.

Fifth Circuit jurisprudence is unsettled on how to determine the citizenship of a trust. However, applying the broadest possible inquiry, the Vista Trust is domiciled as follows:

a. The Vista Trust was formed in Illinois;
b. The Vista Trust was established by Lawrence Starkman and Nancy Starkman, who reside in Illinois;
c. The Beneficiaries of the Vista Trust are Amanda Zick, who resides in Illinois, and Abagail Van Earwage, who resides in California; and
d. The Trustee of the Vista Trust is Jeffrey Van Earwage, who resides in California.

11.

Accordingly, Vista Trust is a citizen of Illinois and California and, therefore, Vista Louisiana, LLC is likewise a citizen of Illinois and California.

12.

DeVere Construction Company, Inc. is a Michigan corporation with its principal place of business in Michigan.

13.

ADD is a political subdivision of the State of Louisiana; and thus, a citizen of the State of Louisiana.

14.

Accordingly, complete diversity exists because none of the defendants are citizens of Louisiana.

15.

This court also has jurisdiction over this matter pursuant to federal question jurisdiction. Vista was deprived of its vested property interests as a result of ADD's attempted termination of the Master Development Agreement, Supplemental Development Agreement and Purchase and Sale Agreement, which is a violation under 42 U.S.C. §1983.

16.

Vista Louisiana, LLC was served with the Petition on October 20, 2016.  Vista jointly files this Notice of Removal within thirty (30) days of the date on which Vista Louisiana, LLC was served.

17.

It does not appear that Vista Trust has been served with the Petition.  Vista Trust joins the filing of this Notice of Removal within thirty (30) days of the date on which Vista Louisiana, LLC was served.

18.

DeVere Construction Company, Inc. was served with the Petition on October 26, 2016 DeVere Construction Company, Inc. joins the filing of this Notice of Removal within thirty (30) days of the date on which Vista Louisiana, LLC and DeVere Construction Company, Inc. were served.

19.

Vista Louisiana, LLC, Vista Trust and DeVere Construction Company, Inc. certify that this Notice of Removal will promptly be filed with the Clerk of Court in the state court action and written notice shall be provided to ADD accordance with 28 U.S.C. §1446(d).

Respectfully Submitted:

**KINGSMILL RIESS, L.L.C.**

By:   /s/ Michael R. C. Riess
        Michael R. C. Riess (#2073)
        Christy R. Bergeron (#22944)
        Michael D. Lane (#30364)
        201 St. Charles Avenue, Suite 3300
        New Orleans, Louisiana 70170
        Telephone:  (504) 581-3300
        Facsimile:  (504) 581-3310
        E-mail:  mriess@kingsmillriess.com
        E-mail:  cbergeron@kingsmillriess.com
        E-mail:  mlane@kingsmillriess.com

*Attorneys for Defendants,*
*Vista Louisiana, LLC,  Vista Trust and*
*DeVere Construction Company, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I e-mailed and/or mailed the foregoing document and the notice of electronic filing by U.S. first-class mail to the non-CM/ECF participants appearing in this case, if any, on this 16th day of November, 2016.

        /s/ Michael R. C. Riess
        Michael R. C. Riess