## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**ALGIERS DEVELOPMENT DISTRICT**                    **Civil Action No.:  16-16402**

**versus**                    **JUDGE: Lemmon ("S")**

**VISTA LOUISIANA, LLC et al.**                    **MAGISTRATE: Wilkinson (2)**

## <u>MOTION TO REMAND</u>

Now Into Court comes Plaintiff, Algiers Development District ("ADD"), and moves this Court to remand these proceedings to the Civil District Court for the Parish of Orleans on the following grounds:

1.

ADD initiated these proceedings by filing its petition for declaratory relief in the Civil District Court for the Parish of Orleans, State of Louisiana.

2.

Defendants Vista Louisiana, LLC, Vista Trust, and DeVere Construction Company, Inc. (collectively "Vista") removed the proceedings to this Court on November 16, 2016 (Doc. 1).

3.

Vista claims both diversity jurisdiction, 28 USC § 1332, and federal question jurisdiction, 28 U.S.C. § 1331, support the removal.  Doc. 1 ¶¶ 7-14; *accord id.* ¶ 15.

4.

According to Vista, Vista Louisiana, LLC's sole member is Vista Navy, LLC, whose sole member is the Vista Trust. *Id.* ¶ 9. Thus, the citizenship of both defendant Vista Louisiana and the Vista Trust turn on the citizenship of the trust.

5.

Vista's Notice of Removal is defective because it does not establish that complete diversity of citizenship exists between ADD and the Vista Trust under the controlling authority of *Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012 (2016). As the Supreme Court held, a trust is an unincorporated entity that "possesses the citizenship of all its members." *Id*. at 1016. While the Vista Trust provides some information regarding where it was formed, who were its settlors, who are its beneficiaries, and who is its trustee (Doc. 1 ¶ 10), the Vista Trust does not disclose all of the information required to establish diversity of jurisdiction, such as identification of all of its members, all persons having an ownership interest in the trust, and the domicile of all of its members and those having an ownership interest. *Id.; accord Americold Realty Trust,* 136 S. Ct. at 1016.

6.

Accordingly, Vista has failed to meet its burden of proving diversity of citizenship and remand must be granted. Vista also fails to allege and/or establish that the amount in controversy exceeds $75,000.00.

7.

In addition, Vista self-servingly alleges federal question jurisdiction arguing that the termination of the contracts at issue deprived Vista of a protected property interest in violation of 42 U.S.C. § 1983. Doc. 1 ¶ 15. However, "[a] mere breach of contract will not suffice for an

action under § 1983 without a violation of due process rights."  *Whiting v. University of Southern Mississippi*, 451 F.3d 339, 345 (5th Cir. 2006).  Indeed, where a party to a contract has available to it "an ordinary breach-of-contract suit," its interest in the contract can be protected under that process and there is no claim under 42 U.S.C. § 1983.  *Lujan v. G&G Fire Sprinklers, Inc.*, 532 U.S. 189, 196-197 (2001).

8.

Accordingly, Vista's bare assertion of the deprivation of property rights through the termination of certain contracts does not give rise to a due process claim under 42 U.S.C. § 1983, and no federal question jurisdiction exists.

WHEREFORE, Algiers Development District prays that after due proceedings this Court remand these proceedings to the Civil District Court for the Parish of Orleans, State of Louisiana.

Respectfully submitted,

*/s/ William L. Schuette*
William L. Schuette (Bar Roll #2098)
Fred L. Chevalier (Bar Roll #04049)
Lauren De Witt (Bar Roll #35411)
Jones Walker LLP
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809 7000
Telephone:  (225) 248 2056
Facsimile:  (225) 248 3126
**Attorneys for Algiers Development District**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties or their attorneys by filing the same in this Court's CM/ECF system, on this 16th day of December, 2016.

*/s/ William L. Schuette*

{N3339955.4}