UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALGIERS DEVELOPMENT DISTRICT | Civil Action No.:  16-16402 |
| versus | JUDGE: Lemmon ("S") |
| VISTA LOUISIANA, LLC et al. | MAGISTRATE: Wilkinson (2) |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Algiers Development District ("ADD"), through undersigned counsel, submits its Motion for Remand before the Honorable United States Judge Mary Ann Vial Lemmon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 4th day of January, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

_____
William L. Schuette (Bar Roll #2098)
Fred L. Chevalier (Bar Roll #04049)
Lauren De Witt (Bar Roll #35411)
Jones Walker LLP
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809 7000
Telephone:  (225) 248 2056
Facsimile:  (225) 248 3126
*Attorneys for Algiers Development District*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing has been served on all parties or their attorneys by filing the same in this Court's CM/ECF system, on this ___ day of December, 2016.

                                                          _____