UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALGIERS DEVELOPMENT DISTRICT** | Civil Action No.: 16-16402 |
| versus | JUDGE: Lemmon ("S") |
| **VISTA LOUISIANA, LLC et al.** | MAGISTRATE: Wilkinson (2) |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff and Defendant-in-Counterclaim, Algiers Development District, and Third Party Defendants, Senator Troy Carter, Senator Jean-Paul "JP" Morrell, James Henderson, Jr., Paul Collins, Joe Toomy, Mark Major, Representative Gary Carter, Jr., and Kathy Lynn Honaker, through undersigned counsel, submit their Motion to Dismiss Counterclaim and Third Party Demand before the Honorable United States Judge Mary Ann Vial Lemmon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 15th day of March, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

 */s/ Edward D. Wegmann*
EDWARD D. WEGMANN (No. 13315) (TA)
MICHAEL C. DREW (No. 30884)
RICHARD CORTIZAS (No. 28890)
ALLISON B. KINGSMILL (No. 36532)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100

2

        Telephone:  (504) 582-8226
        Fax: (504) 589-8226
        dwegmann@joneswwalker.com
        mdrew@joneswalker.com
        rcortizas@joneswalker.com
        akingsmill@joneswalker.com
        ***Attorneys for Algiers Development District***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties or their attorneys by filing the same in this Court's CM/ECF system, on this 6th day of February, 2017.

        */s/ Edward D. Wegmann*
        EDWARD D. WEGMANN

{N3363326.2}

2