UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALGIERS DEVELOPMENT DISTRICT | CIVIL ACTION |
| VERSUS | NO. 16-16402 |
| VISTA LOUISIANA, LLC, et al | SECTION "S" (2) |

A Preliminary Conference was held June 20, 2017.

Participating:

Edward D. Wegmann for the plaintiff
Michael R.C. Riess for the defendants

Issue is joined as to all parties before the Court.  Jurisdiction and venue are established.

All pretrial motions, including motions *in limine regarding the admissibility of expert testimony*, shall be filed and served in sufficient time to permit hearing thereon no later than February 28, 2018.  Any motions filed in violation of this Order shall be deemed waived unless good cause is shown.  All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court.

Counsel shall complete all disclosure of information as follows:

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have not been completed and must be exchanged no later than July 7, 2017.

Depositions for trial use shall be taken and all discovery shall be completed not later than February 20, 2018.

Amendments to pleadings, third-party actions, cross-claims,and

counterclaims shall be filed no later than July 20, 2017.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry.  Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than December 20, 2017.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than January 19, 2018.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than February 20, 2018.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed.  A settlement conference before the Magistrate Judge should be scheduled and held prior to the

pre-trial conference. The parties agree that they will schedule a settlement conference no later than April 13, 2018.

This case does not involve extensive documentary evidence, depositions or other discovery.  No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

A Final Pretrial Conference will be held on April 19, 2018 at 10:00 a.m.  Counsel will be prepared in accordance with the final Pretrial Notice attached.

Trial will commence on May 7, 2018 at 9:00 a.m. before the District Judge without  a jury.  Attorneys are instructed to report for trial not later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last 4 day(s).

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause.  Continuances will not normally be granted.  If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

```
                              MARY ANN VIAL LEMMON
                              UNITED STATES DISTRICT JUDGE

                              Issued for the Court by:

                              Cesyle Nelson
                              Case Manager - Section "S"
                              504-589-7680
```