UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALGIERS DEVELOPMENT DISTRICT | Civil Action No.: 16-16402 |
| versus | JUDGE: Lemmon ("S") |
| VISTA LOUISIANA, LLC et al. | MAGISTRATE: Wilkinson (2) |

### MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

**NOW INTO COURT** comes Plaintiff, Algiers Development District ("ADD"), which respectfully moves this Honorable Court for an Order that the following documents be filed into the record under seal: (1) ADD's Motion for Partial Summary Judgment against the defendants, Vista Louisiana LLC, Vista Trust and DeVere Construction Company, Inc. (collectively "Vista"); (2) ADD's Memorandum in Support of Motion for Partial Summary Judgment; (3) ADD's Statement of Uncontested Facts; and (4) Exhibit A to ADD's Motion for Partial Summary Judgment (Declaration of Kathy Lynn Honaker, Executive Director of ADD), including Exhibits 1 – 14 to Exhibit A.

1.

ADD's Motion for Partial Summary Judgment and accompanying documents should be filed under seal because they are based on, cite to, and include confidential documents that are currently filed with the court under seal because such documents contain information that is confidential and the subject of a confidentiality agreement between the parties. *See* Doc. 19 (Order that Purchase and Sale Agreement between ADD and Vista be filed under seal); Doc. 33 (Order that Master Development Agreement and First Supplemental Master Development Agreement between ADD and Vista be filed under seal); Doc. 34 (Order that Order and Reasons be filed under seal "because it cites to and quotes language from confidential documents that are subject to a protective order and

filed in the record under seal."). *See also* Doc. 32-1 (Vista's Memorandum in Support of Motion to File Documents Under Seal).

2.

These documents will be manually submitted to the Court to be filed under seal pending the Court's ruling on this motion.

Respectfully submitted,

/s/ Edward D. Wegmann
EDWARD D. WEGMANN (No. 13315) (TA)
MICHAEL C. DREW (No. 30884)
RICHARD CORTIZAS (No. 28890)
ALLISON B. KINGSMILL (No. 36532)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8226
Fax: (504) 589-8226
dwegmann@joneswwalker.com
mdrew@joneswalker.com
rcortizas@joneswalker.com
akingsmill@joneswalker.com

Attorneys for Algiers Development District

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all parties or their attorneys by filing the same in this Court's CM/ECF system, on this 13th day of November, 2017.

/s/ Edward D. Wegmann
EDWARD D. WEGMANN