UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALGIERS DEVELOPMENT DISTRICT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-16402** |
| **VISTA LOUISIANA, LLC** | **SECTION: "S" (2)** |

# ORDER

By agreement of counsel;

**IT IS HEREBY ORDERED** that oral argument on Plaintiff's Motion for Partial Summary Judgment (Document #46) is continued to December 5, 2017 at 10:00 a.m.

New Orleans, Louisiana, this 27th day of November, 2017.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE